# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roosevelt Avenue Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**11-3629131** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**251-11 Northern Blvd**<br>**Suite 5A**<br>**Little Neck, NY**<br>ZIP Code **11362** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **150-24 Northern Blvd, Flushing, NY 11354** | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Roosevelt Avenue Corp.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Roosevelt Avenue Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Mark Frankel**
Signature of Attorney for Debtor(s)

**Mark Frankel 8417**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**

Address

**Email: mfrankel@bfklaw.com**
**212-593-1100  Fax: 212-644-0544**
Telephone Number

**May 4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Lee**
Signature of Authorized Individual

**Daniel Lee**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 4, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re **Roosevelt Avenue Corp.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 41 Ave Realty & Mngmnt. Corp.<br>136-20 38th Avenue<br>Suite 10D<br>Flushing, NY 11354 | 41 Ave Realty & Mngmnt. Corp.<br>136-20 38th Avenue<br>Suite 10D<br>Flushing, NY 11354 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 2,000,225.00<br>(Unknown secured)<br>(42,462,392.00 senior lien) |
| AC Elevator Inc.<br>50-49 49th Street<br>Woodside, NY 11377 | AC Elevator Inc.<br>50-49 49th Street<br>Woodside, NY 11377 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 52,919.00<br>(Unknown secured)<br>(44,587,617.00 senior lien) |
| Emmut Properties LLC<br>626 10th Ave<br>Suite 1A<br>New York, NY 10036 | Emmut Properties LLC<br>626 10th Ave<br>Suite 1A<br>New York, NY 10036 | 150-24 Northern Blvd<br>Flushing, NY 11354 | Unliquidated | 18,882,392.00<br><br>(Unknown secured) |
| Environmental Control Board<br>PO Box 2307<br>Peck Slip Station<br>New York, NY 10272 | Environmental Control Board<br>PO Box 2307<br>Peck Slip Station<br>New York, NY 10272 | ECB Penalty | | 2,500.00 |
| Environmental Control Board<br>PO Box 2307<br>Peck Slip Station<br>New York, NY 10272 | Environmental Control Board<br>PO Box 2307<br>Peck Slip Station<br>New York, NY 10272 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 7,800.00<br>(Unknown secured)<br>(44,679,536.00 senior lien) |
| ER Holdings Inc.<br>5600A Broadway<br>Bronx, NY 10463 | ER Holdings Inc.<br>5600A Broadway<br>Bronx, NY 10463 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 3,960,000.00<br>(Unknown secured)<br>(18,882,392.00 senior lien) |
| Grand Pacific Finance<br>141-07 20th Ave<br>Suite 401<br>Whitestone, NY 11357 | Grand Pacific Finance<br>141-07 20th Ave<br>Suite 401<br>Whitestone, NY 11357 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 3,700,000.00<br>(Unknown secured)<br>(38,762,392.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Roosevelt Avenue Corp.**    Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kyusung Cho<br>150-24 Northern Blvd<br>Suite A3<br>Flushing, NY 11354 | Kyusung Cho<br>150-24 Northern Blvd<br>Suite A3<br>Flushing, NY 11354 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 3,000,000.00 (Unknown secured) (32,762,392.00 senior lien) |
| NYC Dept of Building<br>120-55 Queens Blvd<br>Jamaica, NY 11424 | NYC Dept of Building<br>120-55 Queens Blvd<br>Jamaica, NY 11424 | 150-24 Northern Blvd<br>Flushing, NY 11354 | Unliquidated | 15,000.00 (Unknown secured) (44,687,336.00 senior lien) |
| Richard & Doyoung Kim<br>1190 Avenue of the Americas<br>New York, NY 10036 | Richard & Doyoung Kim<br>1190 Avenue of the Americas<br>New York, NY 10036 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 9,920,000.00 (Unknown secured) (22,842,392.00 senior lien) |
| West End Construction<br>214-41 42nd Ave<br>Bayside, NY 11360 | West End Construction<br>214-41 42nd Ave<br>Bayside, NY 11360 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 125,000.00 (Unknown secured) (44,462,617.00 senior lien) |
| Workers Comp Board NYS<br>20Park St<br>Albany, NY 12207 | Workers Comp Board NYS<br>20Park St<br>Albany, NY 12207 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 39,000.00 (Unknown secured) (44,640,536.00 senior lien) |
| Young Sook Cho<br>150-24 Northern Blvd<br>Suite A3<br>Flushing, NY 11354 | Young Sook Cho<br>150-24 Northern Blvd<br>Suite A3<br>Flushing, NY 11354 | 150-24 Northern Blvd<br>Flushing, NY 11354 | | 3,000,000.00 (Unknown secured) (35,762,392.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Roosevelt Avenue Corp.**            Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 4, 2011**      Signature **/s/ Daniel Lee**
                                                                 **Daniel Lee**
                                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re **Roosevelt Avenue Corp.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **May 4, 2011**   **/s/ Daniel Lee**
**Daniel Lee**/**President**
Signer/Title

Date: **May 4, 2011**   **/s/ Mark Frankel**
Signature of Attorney
**Mark Frankel 8417**
**Backenroth Frankel & Krinsky, LLP**
**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**
**212-593-1100   Fax: 212-644-0544**

41 Ave Realty & Mngmnt. Corp.
136-20 38th Avenue
Suite 10D
Flushing, NY 11354


AC Elevator Inc.
50-49  49th Street
Woodside, NY 11377


Cosmos Queens Inc.
150-24 Northern Blvd
Suite G1
Flushing, NY 11354


Daniel Lee
251-11 Northern Blvd
Suite 5A
Little Neck, NY 11362


Emmut Properties LLC
626 10th Ave
Suite 1A
New York, NY 10036


Environmental Control Board
PO Box 2307
Peck Slip Station
New York, NY 10272


ER Holdings Inc.
5600A Broadway
Bronx, NY 10463


Goldstone Management Corp.
251-11 Northern Blvd
Suite 5A
Little Neck, NY 11362


Grace Properties Holdings
150-24 Northern Blvd
2nd Floor
Flushing, NY 11354

Grand Pacific Finance
141-07 20th Ave
Suite 401
Whitestone, NY 11357


Kyusung Cho
150-24 Northern Blvd
Suite A3
Flushing, NY 11354


NYC Dept of Building
120-55 Queens Blvd
Jamaica, NY 11424


Open Center International Inc.
150-24 Northern Blvd
Suite A4
Flushing, NY 11354


Paramount Management Corp.
251-11 Northern Blvd
Suite 5A
Little Neck, NY 11362


Richard & Doyoung Kim
1190 Avenue of the Americas
New York, NY 10036


Soung Soo Choi
150-24 Northern Blvd
Suite 103
Flushing, NY 11354


Tyron Fashion Inc.
150-24 Northern Blvd
Suite G3
NY 11534


Vitali Boutique Corp.
150-24 Northern Blvd
Suite G12
Flushing, NY 11354


West End Construction
214-41 42nd Ave
Bayside, NY 11360

Wilshire State Bank
150-24 Northern Blvd
Suite G4
Flushing, NY 11354


Workers Comp Board NYS
20Park St
Albany, NY 12207


Young Sook Cho
150-24 Northern Blvd
Suite A3
Flushing, NY 11354

# United States Bankruptcy Court
## Eastern District of New York

In re **Roosevelt Avenue Corp.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Roosevelt Avenue Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 4, 2011 | /s/ Mark Frankel |
| Date | **Mark Frankel 8417** |
| | Signature of Attorney or Litigant |
| | Counsel for **Roosevelt Avenue Corp.** |
| | **Backenroth Frankel & Krinsky, LLP** |
| | **489 Fifth Avenue** |
| | **28th Floor** |
| | **New York, NY 10017** |
| | **212-593-1100 Fax:212-644-0544** |
| | **mfrankel@bfklaw.com** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

# STATEMENT PURSUANT TO LOCAL
# BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Roosevelt Avenue Corp.　　　**CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　[*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　[*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____　　　[*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
　　　　　　　　　　　　　　　(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Mark Frankel** <br> **Mark Frankel 8417** <br> Signature of Debtor's Attorney <br> **Backenroth Frankel & Krinsky, LLP** <br> **489 Fifth Avenue** <br> **28th Floor** <br> **New York, NY 10017** <br> **212-593-1100 Fax:212-644-0544** | Signature of Pro Se Debtor/Petitioner <br><br> Signature of Pro Se Joint Debtor/Petitioner <br><br> Mailing Address of Debtor/Petitioner <br><br> City, State, Zip Code <br><br> Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

USBC-17                                                                                                                                               Rev.8/11/2009
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re **Roosevelt Avenue Corp.**                                    Case No.
                                    Debtor(s)                       Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Daniel Lee**, declare under penalty of perjury that I am the **President** of **Roosevelt Avenue Corp.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3rd day of May, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Lee, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel Lee, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Lee, President** of this Corporation is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case."

Date **May  3, 2011**                                    Signed  **/s/ Daniel Lee**
                                                                 **Daniel Lee**

Resolution of Board of Directors
of
**Roosevelt Avenue Corp.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Lee**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel Lee**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel Lee**, **President** of this Corporation is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case.